PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:22-CR-236 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| JENNIFER ALBANNA (1), ) | |
| TAHA ALBANNA (2), ) | |
| ) | **ORDER** |
| Defendants. | |

Pursuant to General Order 99-49, this case is referred to the United States Magistrate Judge for purposes of receiving, on consent of the parties, the Defendants' offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered. The Change of Plea Hearings set before the undersigned on October 17, 2023 are vacated. Counsel shall contact the Magistrate Judge's Chambers to schedule the Change of Plea Hearings.

IT IS SO ORDERED.

October 16, 2023       */s/ Benita Y. Pearson*
Date      Benita Y. Pearson
     United States District Judge