IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:22CR236 |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | |
| JENNIFER ALBANNA, ET AL., | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Jennifer L. McLaughlin, Assistant U. S. Attorney, and moves this Court for permission for the undersigned to withdraw as counsel of record, and requests that the Court no longer include the undersigned on the ECF system for this case. The instant case is currently assigned to Erica Barnhill, Assistant U. S. Attorney, who will receive all ECF notifications.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   /s/ Jennifer L. McLaughlin
    Jennifer L. McLaughlin (OH: 0079206)
    Assistant United States Attorney
    100 E. Federal Street, City Centre One;
    Suite 325
    Youngstown, OH 44503
    (330) 740-6988
    (330) 746-0239 (facsimile)
    Jennifer.McLaughlin@usdoj.gov